**EDWARD J. SCHOETTLE COMPANY Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8742.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 5, 1945.

Decided March 5, 1945.

H. Ober Hess, of Philadelphia, Pa. (William R. Spofford, William A. Wiedersheim, 2d, and (Ballard, Spahr, Andrews & Ingersoll, all of Philadelphia, Pa., on the brief), for petitioner.

Louise Foster, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Robert N. Anderson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, Circuit Judge, and FORMAN and LEAHY, District Judges.

PER CURIAM.

The decision of the Tax Court is affirmed upon its opinion reported at 3 T. C. 712.

**Richard Alfred PALMER, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 11230.

Circuit Court of Appeals, Fifth Circuit.

March 8, 1945.

Richard Alfred Palmer, in pro. per., for appellant.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

The opinion of the district judge, 57 F. Supp. 104, carefully sets out the facts and correctly states the applicable law. The order discharging the writ and remanding the prisoner is affirmed for the reasons given in his opinion.

**UNITED STATES of America v. Sewell Paul BAIRD, Appellant.**

No. 8740.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 15, 1945.

Decided Feb. 15, 1945.

Anthony A. Calandra, of Newark, N. J., for appellant.

Charles A. Stanziale, Asst. U. S. Atty., of Newark, N. J. (Thorn Lord, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before PARKER, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the District Court [1] is affirmed.

[1] No opinion for publication.